UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ERIC HORNES,         )<br>                              )<br>        Plaintiff,             )<br>                              )<br>            v.                )<br>                              )<br>JOE DRIVER, WARDEN            )<br>                              )<br>        Defendant.            )<br>_____) | Civ. Action No. 07-1028 (RCL) |

RECEIVED
OCT 0 5 2007
CHAMBERS OF
JUDGE LAMBERTH

FILED
OCT - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

ORDERED that respondents, by counsel, within 45 days of service of a copy of this Order and Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of the same on the named respondent, the United States Attorney for the District of Columbia, and the Attorney General for the District of Columbia.

SO ORDERED.

_____          __10/9/07__
United States District Judge Royce C. Lamberth          Date