# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael Eric Hornes | CA-07-1028 RCL |
| DEFENDANT Joe Driver, Warden | TYPE OF PROCESS OTSC |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Joe Driver, Warden

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
450 Hazelton Drive, Bruceton Mills, W. Virginia 26525

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF   ☐ DEFENDANT

Please Serve

RECEIVED OCT 15 2007 UNITED STATES MARSHAL Northern/West Virginia

TELEPHONE NUMBER | DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 87 | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Tammy Techinal Secretary for Warden

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/23/07   Time: 1334 pm

Signature of U.S. Marshal or Deputy

Service Fee | Total Mileage Charges (including endeavors) $8.00 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS: Faxed copy to Warden's office and mailed copy.

RECEIVED OCT 26 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

PRIOR EDITIONS MAY BE USED      **1. CLERK OF THE COURT**      FORM USM-285 (Rev. 12/15/80)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COPY

| | |
|---|---|
| MICHAEL ERIC HORNES, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 07-1028 (RCL) |
| JOE DRIVER, WARDEN | ) |
| Defendant. | ) |

### ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

ORDERED that respondents, by counsel, within 45 days of service of a copy of this Order and Petition, shall file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of the same on the named respondent, the United States Attorney for the District of Columbia, and the Attorney General for the District of Columbia.

SO ORDERED.

_____  9/_/07
United States District Judge Royce C. Lamberth      Date

07-1028   A TRUE COPY 10.11.07
NANCY MAYER WHITTINGTON, Clerk

By _____
Deputy Clerk