THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL ERIC HORNES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civ. Action No: 07-1028(RCL) |
| ) | |
| **JOE DRIVER, WARDEN,** ) | |
| ) | |
| **Defendants** ) | |

## RESPONSE TO SHOW CAUSE ORDER

The District of Columbia submits the following response to the Court's October 9, 2007, Order to Show Cause why the Writ of Habeas Corpus should not issue, which was forwarded to the Office of the Attorney General, and states as follows:

### A.  THE DISTRICT OF COLUMBIA IS NOT THE PROPER PARTY RESPONDENT SINCE PETITIONER IS A FEDERAL PRISONER IN THE CUSTODY OF THE BUREAU OF PRISONS

Petitioner is a federal prisoner being detained on federal charges and is not in the custody and control of the District of Columbia.  According to D.C. Department of Corrections records, Mr. Horne was removed to the Federal Bureau of Prisons on March 19, 2003. Although Petitioner is currently incarcerated at Hopewell Village Halfway House in the District of Columbia, he is under complete federal custody and control. The District of Columbia has no jurisdiction over Petitioner and is not a proper party to this Writ.

Petitioner has no claim against the District of Columbia, or its agents and employees. Rather, it appears that petitioner is a federal inmate challenging the actions of the Federal Bureau

of Prisons regarding his conditions of confinement, e.g., for failure to adhere to administrative hearing policies concerning a disciplinary hearing, providing an adequate law library, conducting psychological examinations, etc. It is not clear from the Writ that petitioner even seeks his immediate release from the federal facility.   It is well settled that a writ of habeas corpus is not appropriate where a petitioner is being legally detained. *See* Luther v. Molina, 627 F.2d 71 (7th Cir. 1980). Here, petitioner is legally incarcerated in service of the remaining portion of his sentence. Thus, because he has made no argument which would indicate that he would be entitled to immediate release, his petition for habeas corpus must be denied.

Nevertheless, since petitioner is challenging the actions of the federal government, and not those of the District of Columbia, there is no claim against the District of Columbia itself. Thus, any substantive response would need to be filed by the United States Attorney's Office on behalf of the Federal Bureau of Prisons and the United Stated Parole Commission.  Therefore, District requests that the show cause order directed to it be discharged and, insofar as the Court deems the petition to inure to the District, the petition be dismissed as to the District of Columbia.

                          Respectfully submitted,

                          LINDA SINGER
                          Attorney General for the District of Columbia

                          GEORGE C. VALENTINE
                          Deputy Attorney General,
                          Civil Litigation Division

                              */s/Patricia A. Jones*
                          PATRICIA A. JONES [428132]
                          Chief, General Litigation Sec. IV

        */s/C. Vaughn Adams*
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295
(202) 727-3625 (fax)
E-mail:  corliss.adams@dc.gov

## Certificate of Service

I hereby certify that on this ___ day of November, 2007, a copy of the foregoing was sent via first class mail, postage prepaid to:

Mr. Michael Eric Hornes
USM#10847007
Hope Village Halfway House
2908 Langston Place, S.E.
Washington, DC 20003.

_____
C. Vaughn Adams
Assistant Attorney General

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ERIC HORNES )<br>    )<br>    Plaintiff, )<br>    )<br>v.    ) | Civ. Action No: 07-1028(RCL) |
| ) | |
| JOE DRIVER, WARDEN ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## ORDER

Upon consideration of Respondent District of Columbia's Response to the Court's October 9, 2007, Order Directing Respondent to Show Cause, the Petition for Writ of Habeas Corpus, the response thereto and the record herein, it is by the Court this _____ day of _____, 2007,

ORDERED: That the Petition for Writ of Habeas Corpus shall be and the same is hereby denied as to the District of Columbia; and it is,

FURTHER ORDERED: That the Court's October 9, 2007, Order to Show Cause shall be and the same is discharged as to the District of Columbia.

_____
JUDGE, UNITED STATES DISTRICT COURT

cc:   C. Vaughn Adams
      Assistant Attorney General
      441 Fourth Street, NW, 6th Floor South
      Washington, D.C.  20001

Mr. Michael Eric Hornes
USM# 10847007
Hope Village Halfway House
2908 Langston Place, S.E.
Washington, DC 20003