THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ERIC HORNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civ. Action No: 07-1028(RCL) |
| ) | |
| ) | |
| JOE DRIVER, WARDEN, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

### NOTICE TO COURT REGARDING RETURNED MAIL

The District of Columbia, by and through counsel, herein notifies this Court that on November 26, 2007, it mailed its Response to this Court's Order to Show Cause to Petitioner Michael Eric Hornes at his last known address. On December 14, 2007, the mail was returned to undersigned, indicating that the addressee is "No longer at this address". A copy of the envelope is attached hereto. This Defendant is not aware of any forwarding address for Mr. Hornes.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_/s/Patricia A. Jones_
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

       /s/C. Vaughn Adams
C. VAUGHN ADAMS [449770]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6519; (202) 727-6295
(202) 727-3625 (fax)
E-mail: corliss.adams@dc.gov

