UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MICHAEL ERIC HORNES, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 07-1028 (RCL) |
| | ) |
| JOE DRIVER, | ) |
| | ) |
| Respondent. | ) |

ORDER

For the reasons stated in the accompanying Memorandum, it is

ORDERED that the Order to Show Cause [Dkt. No. 2] is DISCHARGED; it is

FURTHER ORDERED that the federal respondent's motion to dismiss [Dkt. No. 6] is GRANTED as conceded; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

Date: January 8, 2008