UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
MICHAEL ERIC HORNES,                )
                                                    )
                    Petitioner,            )
                                                    )
        v.                                        )    Civil Action No. 07-1028 (RCL)
                                                    )
JOE DRIVER,                                )
                                                    )
                    Respondent.         )
_____)

MEMORANDUM

By Order of December 7, 2007, petitioner was directed to respond within 14 days to

the federal respondents' motion to dismiss the petition for a writ of *habeas corpus* as moot, or

risk dismissal of the case.  Petitioner has not complied with the Court's Order or sought

additional time to do so.[1]  The Court therefore treats the motion to dismiss as conceded and

will dismiss the case by separate Order issued contemporaneously.


                                _____s/_____
                                Royce C. Lamberth
                                United States District Judge

Date: January 8, 2008


_____

[1] On December 20, 2007, the District of Columbia notified the Court that its response
to the habeas petition mailed to petitioner's address of record had been returned with a note
indicating that petitioner no longer resided at that address.  There is no indication in the record
that petitioner did not receive the Court's Order, however.